PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4098
Facsimile: (559) 497-4099



FILED
JUL 28 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
  Plaintiff,
v.
GILBERTO ZARATE,
JORGE CALESTINO ALVAREZ-ARIAS,
MARCO MOSQUEDA,
FRANCES GALVAN,
GABRIEL GALVAN,
RAFAEL DELATORRE,
JOSE DELATORRE, ALFONSO ESPARZA
and
GABRIEL ESPARZA
  Defendants.

CASE NO. 1:16 CR 0 0 0 1 2 2 DAD BAM

VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(viii) – Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Methamphetamine); 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (7 counts); 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) - Distribution of a Controlled Substance (1 counts); 18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person (4 counts); and 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) - Criminal Forfeiture

INDICTMENT

COUNT ONE: [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii)– Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Methamphetamine)]

The Grand Jury further charges: THAT

GILBERTO ZARATE
JORGE CALESTINO ALVAREZ-ARIAS
MARCO MOSQUEDA
FRANCES GALVAN
GABRIEL GALVAN
RAFAEL DELATORRE
JOSE DELATORRE
ALFONSO ESPARZA and

Indictment

1

GABRIEL ESPARZA,

defendants herein, beginning at a time unknown to the Grand Jury but no later than April 1, 2015, and continuing to no later than July 22, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally agree with each other and other individuals known and unknown to the Grand Jury, to distribute and possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and (b)(1)(A)(viii).

COUNT TWO: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

MARCO MOSQUEDA,

defendant herein, on or about February 19, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT THREE: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Distribution of a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

GILBERTO ZARATE,

defendant herein, on or about April 13, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a controlled substance, to wit:

methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, § 841(a)(1) and (b)(1)(A)(viii).

COUNT FOUR: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

GABRIEL GALVAN,

defendant herein, on or about April 13, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT FIVE: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

RAFAEL DELATORRE AND JUAN DELATORRE,

defendant herein, on or about April 15, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT SIX: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

GABRIEL ESPARZA,

defendant herein, on or about June 14, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT SEVEN:    [18 U.S.C. § 922(g)(1) – Possession of Firearms by a Prohibited Person]

The grand jury further charges: THAT

GABRIEL ESPARZA,

defendant herein, on or about June 14, 2016, in the County of Fresno, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    1999    Fresno County Superior Court conviction for a violation of California Penal Code, § 212.5(c), Robbery 2nd Degree

    2013    Fresno County Superior Court conviction for a violation of California Penal Code, § 29800(a)(1), Felon in Possession of a Firearm

did knowingly possess firearms, to wit, a Colt, Model 1911, .45 caliber firearm, and a Smith and Wesson .45 caliber firearm which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT EIGHT:    [18 U.S.C. § 922(g)(1) – Possession of Firearms by a Prohibited Person]

The grand jury further charges: THAT

GABRIEL ESPARZA,

defendant herein, on or about June 15, 2016, in the County of Fresno, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    1999    Fresno County Superior Court conviction for a violation of California Penal Code,

§ 212.5(c), Robbery 2nd Degree

    2013    Fresno County Superior Court conviction for a violation of California Penal Code, § 29800(a)(1), Felon in Possession of a Firearm

did knowingly possess firearms, to wit, an Intratec Scorpin, .22 caliber firearm; and an Armscor Precision, .22 caliber rifle, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT NINE:    [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The Grand Jury further charges: THAT

GILBERTO ZARATE,

defendant herein, on or about July 7, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, which was found in a garage associated with Gilberto Zarate's residence.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT TEN:    [18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person]

The grand jury further charges: THAT

GILBERTO ZARATE,

defendant herein, on or about July 7, 2016, in the County of Fresno, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit:

    2007    Fresno County Superior Court conviction for a violation of California Health and Safety Code § 11379, Transportation of a Controlled Substance

did knowingly possess a firearm, to wit, a Glock, Model 20, 10 mm firearm, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT ELEVEN: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

JORGE CALESTINO ALVAREZ-ARIAS,

defendant herein, on or about July 7, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance, which was found in a vehicle driven by Jorge Calestino Alvarez-Arias.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT TWELVE: [21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) – Possession with Intent to Distribute a Controlled Substance (Methamphetamine)]

The grand jury further charges: THAT

ALFONSO ESPARZA,

defendant herein, on or about July 22, 2016, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: methamphetamine, a Schedule II controlled substance.

It is further alleged that the offense alleged above involved 50 grams or more of methamphetamine, and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

COUNT THIRTEEN: [18 U.S.C. § 922(g)(1) – Possession of a Firearm by a Prohibited Person]

The grand jury further charges: THAT

ALFONSO ESPARZA,

defendant herein, on or about July 22, 2016, in the County of Fresno, State and Eastern District of California, having been convicted of a crime punishable by imprisonment for a term exceeding one

year, to wit:

    2000    Fresno County Superior Court conviction for a violation of California Health and Safety Code § 11378, Possession of a Controlled Substance for Sale

did knowingly possess a firearm, to wit, a Smith and Wesson, Model 2214, .22 caliber firearm, which had been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION:    [18 U.S.C. § 924(d)(1), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

The Grand Jury further alleges that:

1. Upon conviction of one or more of the offenses alleged in Counts One through Six, Nine, Eleven, and Twelve of this Indictment, defendants GILBERTO ZARATE, JORGE CALESTINO ALVAREZ-ARIAS, MARCO MOSQUEDA, FRANCES GALVAN, GABRIEL GALVAN, RAFAEL DELATORRE, JOSE DELATORRE, ALFONSO ESPARZA and GABRIEL ESPARZA shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. Upon conviction of the offenses alleged in Counts Seven, Eight, Ten, and Thirteen of this Indictment, defendants GABRIEL ESPARZA, ALFONSO ESPARZA, and GILBERTO ZARATE shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

Indictment    7

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Six, Nine, Eleven, and Twelve of this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
Acting United States Attorney

By **KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF,
Assistant U.S. Attorney
Chief, Fresno Office