McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-cr-00122-DAD-BAM-1 |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| GILBERT ZARATE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI, attorney for Defendant and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 30, 2018, shall be continued to MAY 21, 2018, at 10:00 a.m.

This continuance is necessary due to scheduling and inmate transportation issues. The probation interview did not occur until March 5, 2018. Probation has indicated that additional time is needed to review the voluminous discovery and prepare their report.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for defendant may have reasonable time for effective preparation, taking into account the exercise of diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by

granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

                                              Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

Dated:  March 13, 2018                /s/ Kimberly Sanchez
                                              KIMBERLY SANCHEZ, AUSA

Dated:  March 13, 2018                /s/ Robert Lamanuzzi
                                              ROBERT LAMANUZZI
                                              Attorney for Defendant, GILBERT ZARATE

**ORDER**

       The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case.  Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for April 30, 2018, is continued until May 21, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:  **March 13, 2018**                                              
                                                    UNITED STATES DISTRICT JUDGE