| | |
|---|---|
| 1 | **ROBERT LAMANUZZI  SBN 213673** |
|   | ATTORNEY AT LAW |
| 2 | 2020 TULARE  STREET  SUITE A |
|   | FRESNO, CALIFORNIA 93721 |
| 3 | TELEPHONE: (559) 441-1979 |
| 4 | Attorney for Defendant, GILBERTO ZARATE |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILBERTO ZARATE,<br><br>Defendant. | Case No.  1:16-cr-00122-DAD-BAM-1<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel ROBERT LAMANUZZI, attorney for Defendant, and MELANIE ALSWORTH, Assistant U.S. Attorney for Plaintiff,  that the hearing currently scheduled for May 21, 2018, shall be continued to JUNE 18, 2018, at 10:00 a.m.

This continuance is necessary due to defense counsel's schedule and inmate transportation issues.  Since Mr. Zarate is in the Kern County location, there was insufficient opportunity for defense counsel and defendant to meet and confer and prepare for sentencing.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).

1

The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

DATED: May 16, 2018

Respectfully submitted,
/S/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant, GILBERTO ZARATE

DATED: May 16, 2018

Respectfully submitted,
/S/Melanie Alsworth
MELANIE ALSWORTH, Assistant U.S. Attorney

**ORDER**

The court has reviewed and considered the stipulation of the parties to continue the sentencing in this case. Good cause appearing, the sentencing hearing as to the above named defendant currently scheduled for May 21, 2018, is continued until June 18, 2018, at 10:00 a.m. in courtroom 5 before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **May 16, 2018**

UNITED STATES DISTRICT JUDGE