ROBERT LAMANUZZI   SBN 213673
Attorney at Law
2020 Tulare Street, Suite A
Fresno, CA 93721
(559) 441-1979

Attorney for Defendant, Gilberto Zarate

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:16-CR-00122 DAD-BAM |
| Plaintiff, | |
| v. | SENTENCING MEMORANDUM |
| GILBERTO ZARATE, | |
| Defendant. | |

### Case History

On February 12, 2018, Gilberto Zarate pled guilty to Count 1 of a thirteen count Indictment. Count 1 charges Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Methamphetamine) in violation of 21 U.S.C. §§864, 841(a)(1) and (b)(1)(A)(viii).

### Characteristics and History of the Defendant

Mr. Zarate is a 36 year old father of two children (ages 12 and 7). He was born and raised in a two parent household in Acapulco, Mexico until the separation of his parents when he was ten years old. While Mr. Zarate does not remember any violence in the home, his older sister reports that their father was very abusive toward their mother and that violence occurred in front of Gilberto.

A short time later, Mr. Zarate, his mother and his siblings relocated to Cabo San Lucas. Due to lack of support from his father, they suffered through extreme poverty. To make matters

1

worse, Mr. Zarate suffered a life altering event as noted in the Presentence Investigation Report on page 13, paragraph 64.

Mr. Zarate was a good student, but eventually started associating with a bad influence. At the youthful age of 14, Mr. Zarate started abusing cocaine. This quickly became a daily habit until an overdose at the age of 26. During this drug induced haze, Mr. Zarate followed many of his family to Fresno, California. His addiction quickly acquainted him with the local drug underground. Eventually, he was arrested and ultimately convicted for transporting methamphetamine for purposes of sale and then deported back to Mexico.

Having overcome his debilitating drug habit, Mr. Zarate returned to Fresno determined to provide a better life of his two children. Mr. Zarate found employment as a minimum wage cook at two local restaurants simultaneously. Desiring a better life for his children than his employment could provide, Mr. Zarate dreamt of becoming a restaurant owner. Unfortunately, as much as he tried to save, his limited income barely covered the expenses of raising two children.

This chain of events led Mr. Zarate to the fateful decision to re-enter the drug trafficking world. At the time of his arrest, Mr. Zarate was tantalizingly close to realizing his dream of owning a restaurant. Agents confiscated $14,000 that was earmarked for the future restaurant.

## Sentencing Recommendation

Mr. Zarate asks the Court to find the statutory minimum of 120 months is a sentence that reflects the seriousness of the offense, affords adequate deterrence to criminal conduct, protects the public from further crimes of the defendant and provides Mr. Zarate with needed educational or vocational training, medical care or other correctional treatment in the most effective manner.

Mr. Zarate has suffered only one prior criminal conviction. That conduct occurred during a time of a deep cocaine addiction. Since then, Mr. Zarate has overcome his prior substance abuse and maintained two jobs while supporting his two minor children. He is a loving father who desires a better life for his children. That desire was stymied by a limited, minimum wage income. He dreamt of a more prosperous life as a restaurant owner. Unfortunately, Mr. Zarate decided to supplement his meager income and reach his goal by a brief period of selling methamphetamine. This fateful decision has taken away the thing he care most deeply for – caring for his children.

Mr. Zarate asks this Court for mercy.  He asks this Court for a chance to reunite with his children before they grow up.  As one of the arresting agents mentioned to counsel, Mr. Zarate is not your typical criminal drug dealer.  He is a good person and good father who chose a bad business.

Dated:  June 11, 2018                            Respectfully submitted,


                                                    /s/ Robert Lamanuzzi
                                                  ROBERT LAMANUZZI
                                                  Attorney for Defendant, Gilberto Zarate