# EXHIBIT A

MAY 20 2020

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM ____:____ A.M./P.M.

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) John B. Fox | DATE: 5·19·20 |
|---|---|
| FROM: Gilberto Zarate | REGISTER NO.: 75820-097 |
| WORK ASSIGNMENT: Kitchen | UNIT: E-E07 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm writing to you requesting Home Detention or Compassionate Release due to COVID-19, under "CARES Act". The Coronavirus Disease 2019 (COVID-19) is rapidly spreading in all parts of the United States, including it's prisons. There is no vaccine or cure for this deadly disease. The CDC recommends protecting oneself from the disease by frequent handwashing, frequent sanitizing of surfaces, and individuals remaining at [a] distance of at least 6 feet from each other. It is impossible to do that in this facility. I fall under the high risk groups for COVID-19 due to my chronic asthma.

(Do not write below this line)

DISPOSITION:

Please see attached.

Signature Staff Member [(b)(6), (b)(7)(C)]    Date 6-15-20

Record Copy - File; Copy - Inmate

PDF                           Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy Folder       **SECTION 6**

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

RECEIVED MAY 2 7 2020

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WARDEN JOHN B. FOX | DATE: 5-21-20 |
|---|---|
| FROM: GILBERTO ZARATE | REGISTER NO.: 75820-097 |
| WORK ASSIGNMENT: KITCHEN | UNIT: E-E07 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'M SENDING YOU THIS COP-OUT ASKING YOU TO BE TRANSFERED TO HOME CONFINEMENT UN AG'S APRIL 3, 2020 MEMORANDUM. IF GRANTED I WILL BE LIVING WITH MY MOTHER GLORIA COVARRUBIAS 6 MY BROTHER GUILLERMO ZARATE 26, AND MY TWO KIDS MELANIE ZARATE 4 AND GILBERTO ZARATE 9. I WILL RECIEVED SUPPORT FROM MY FAMILY AT ANY MOMENT, ECONOMICALLY OR ANY OTHER WAY IF NEEDED. ONE OF THE MAIN FACTORS THAT PUTS ME AT A HIGHER RISK OF SEVERE ILLNESS FROM COVID-19 IS: THE COVID-19 IS RAPIDLY SPREADING IN ALL PARTS OF THE UNITED STATES INCLUDING IT'S PRISONS. THERE'S NO VACCINE OR CURE FOR THIS DEADLY DISEASE THE CDC RECOMENDS KEEPING HANDWASHING, STERILIZING OF SURFACES, AND REMAINING A DISTANCE OF AT LEAST 6 FEET FROM OTHER PEOPLE. IT IS

SEE BACK

(Do not write below this line)

DISPOSITION:

See attached

Signature Staff Member
(b)(6), (b)(7)(C)

Date
6-15-20

Record Copy - File; Copy - Inmate
PDF                     Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Privacy FOLDER

SECTION 6

IMPOSSIBLE TO DO THAT IN THIS FACILITY, AND WITH ALL THIS, MY CHRONIC ASTHMA AND AN ALLERGIC REACTION I'VE BEEN HAVING FOR MORE THAN 2 MONTHS TO WHAT I HIGHLY BELIEVE IS, THIS PLACE BEING TOO HUMID. I WAS MEDICALLY TESTED BY A SPECIALIST BACK IN MEXICO AND THE TEST CAME BACK POSITIVE FOR HUMIDITY, DUST AND PORK. I THINK THAT BEING SICK THIS LONG MAKES MY IMMUNE SYSTEM TOO COMPROMISED. MY ADDRESS WILL BE 4690 E. Iowa Ave. Fresno, CA 93702. PHONE #(557) 877-7297

THANK YOU FOR YOUR TIME AND WELCOME TO THIS FACILITY.

RECEIVED MAY 27 2020

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                                       FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) WARDEN JOHN B. FOX | DATE: 5·21·20 |
|---|---|
| FROM: GILBERTO ZARATE | REGISTER NO.: 75820-097 |
| WORK ASSIGNMENT: KITCHEN | UNIT: E-E07 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I'm sending you this second cop-out in case my home confinement get denied. I'm asking for a reduction in sentence under 18 U.S.C. §3582(c), also known as "compassionate release. Could you please ask the Director of the BOP to file a motion with my sentencing judge to reduce my sentence to time served, the extraordinary or compelling circumstances that makes me eligible for compassionate release is: The COVID-19 is rapidly spreading in all parts of the United States including its prisons. There's no vaccine or cure for this deadly disease. The CDC recommends frequent handwashing, sterilizing of surfaces, and remaining at a distance of at least 6 feet from other people. It is impossible to do that in this facility, and with

(Do not write below this line)

SEE BACK

DISPOSITION:

See attached

| (b)(6); (b)(7)(C) Signature Staff Member | Date 6-15-20 |
|---|---|

Record Copy - File; Copy - Inmate

PDF                                Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR Prescribed by FOLDER     **SECTION 6**

WITH ALL THIS, MY CHRONIC ASTHMA AND AN ALLERGIC REACTION I'VE BEEN HAVING FOR MORE THAN 2 MONTHS TO WHAT I HIGHLY BELIEVE IS, THIS PLACE BEING TOO HUMID. I WAS MEDICALLY TESTED BY A SPECIALIST BACK IN MEXICO AND THE TEST CAME BACK POSITIVE FOR HUMIDITY, DUST AND PORK. I THINK THAT BEING SICK THIS LONG MAKES MY IMMUNE SYSTEM TOO COMPROMISED. I WILL RECIEVE SUPPORT FROM MY FAMILY AT ANY MOMENT, ECONOMICALLY OR ANY OTHER WAY IF NEEDED. IF RELEASED HERE IN THE UNITED STATES I WILL BE LIVING IN FRESNO, CA. 4690 E IOWA AVE ZIP CODE 93702 WITH MY MOTHER GLORIA CHAMBERLAIN 66, MY BROTHER GUILLERMO ZARATE 26, MY TWO KIDS MELANIE ZARATE 14 AND GILBERTO ZARATE 9. IF I GET SENT BACK TO MEXICO MY MOTHER OWNS A SMALL HOUSE IN LOS CABOS, B.C.S. THERE I HAVE 2 SISTERS WITH PERMANENT JOBS AND WILL SUPPORT ME IN ANY WAY NEEDED.

CONTACT NUMBERS

(b)(6); (b)(7)(C)

GIRASOL ZARATE

THANK YOU FOR YOUR TIME AND WELCOME TO THIS FACILITY.

**EXHIBIT B**



Great Plains Correctional Facility
Hinton, OK 73047

June 14, 2020

ZARATE, Gilberto
Reg. No. 75820-097 (E05-528L)

Re: Letter of Request for Consideration of Compassionate Release

I write in response to the Compassionate Release/Reduction in Sentence Requests, one (1) dated May 19, 2020, and two (2) dated May 21, 2020. A review of the requests has been completed pursuant to Bureau of Prisons Program Statement 5050.50 dated January 17, 2019, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4202(g).</u>

After careful review of your request, it appears that you are ineligible based on the requirements for consideration set forth by the Bureau of Prisons.

**Detainer Status: Yes or No – If an inmate has an ICE Detainer or the Public Safety Factor of Deportable Alien, the inmate is ineligible for community based programs to include halfway house, home confinement, and compassionate releases**; however, if a decision is made in regards to his deportation status and he is determined to be not deportable, the inmate becomes eligible for those programs.

Given the above factor, it does not appear that you are eligible for compassionate release or a reduction in sentence. This recommendation is non-final and may be appealed thru the Bureau of Prisons Administrative Remedy Procedures outlined in the Inmate Admission and Orientation Handbook.

It should also be noted that we are following the CDC and Bureau of Prisons Guidelines for social distancing, sanitation, education, screening of staff and inmates and quarantine, as well as established universal precautions to every extent possible.

Sincerely,

John H. Fox
Facility Administrator

cc: SSIM
Contracting Officer

# EXHIBIT C

# (Medical Records Filed Under Seal)