MCGREGOR W. SCOTT
United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone: (661) 489-6150
Facsimile: (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00122 DAD |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| GILBERTO ZARATE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.     The defendant filed a motion for compassionate release on December 11, 2020. Docket No. 378. The Court has not set a briefing schedule.

2.     Counsel for the government will need adequate time to obtain relevant records and draft the government's response to the defendant's motion.

3.     Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a)   The government's response to the defendant's motion to be filed on or before January 4, 2021;

   b)   The defendant's reply to the government's response to be filed on or before January 11, 2021.

1

IT IS SO STIPULATED.

Dated:  December 14, 2020 　　　　　　　　　 McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　 United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 /s/ MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　　　　　　　 MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　　　　　　　 Assistant United States Attorney

Dated:  December 14, 2020 　　　　　　　　　 /s/ MELISSA BALOIAN
　　　　　　　　　　　　　　　　　　　　　　 MELISSA BALOIAN
　　　　　　　　　　　　　　　　　　　　　　 Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　　 GILBERTO ZARATE

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

a) The government's response to the defendant's motion, Docket No. 378, is due on or before January 4, 2021;

b) The defendant's reply to the government's response, if any, is due on January 11, 2021.

IT IS SO ORDERED.

Dated:  **December 14, 2020**　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

2