**Melissa Baloian SBN# 232602**
**Law Office of Melissa Baloian**
**5424 N. Palm Ave. Suite 106**
**Fresno, California 93704**
**Telephone (559) 352-2331**
**Mbaloian.law@gmail.com**

Attorney for Defendant GILBERTO ZARATE.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:16-CR-00122-001 DAD |
| Plaintiff, ) | **MOTION TO FILE EXHIBIT A** |
| vs. ) | **MEDICAL RECORDS UNDER SEAL** |
| ) | **AND ORDER.** |
| GILBERTO ZARATE, ) | |
| Defendant. ) | |

   Counsel for Mr. Gilberto Zarate requests to file Exhibit A, the medical records of Mr. Gilberto Zarate while housed at the Bureau of Prisons, under seal. The records contain personal information.

Dated: January 25, 2020                    Respectfully submitted,

                                             /s/ Melissa Baloian
                                            Melissa Baloian

ORDER

Having received and reviewed the request to seal Exhibit A to the Motion for Compassionate Release filed by the Defendant, the court finds good cause for the sealing of that exhibit and therefore GRANTS the request.

IT IS SO ORDERED.

Dated:   **January 25, 2021**

_____
UNITED STATES DISTRICT JUDGE